# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

In The Matter Of The Estate Of:  )
                                      )

Robert Fulton, C#31,135        )
Katherine Fulton Myers, C#23,596, )
                                        )

               Deceased.  )
                                        )

No.: A-CV-08-77

ORDER DISMISSING APPEAL

The Appeal in the above-entitled matter having been received and considered by the Chief Justice pursuant to 7 N.T.C. Section 451, the Court finds:

1. While the District Judge has made a preliminary finding of heirs, the estate has not yet been distributed and there has not been a final accounting.

2. As there has been no distribution or final accounting, there is no final order which can be appealed from.

Therefore, the Appeal in the above-entitled matter, filed the 16th day of May, 1977, is hereby DISMISSED.

Dated this 16th day of June, 1977.

Virgil L. Kirk, Sr.

Chief Justice of the Navajo Nation